

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00890-CR

**In re Benjamin Escobedo**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Relator filed an "Amended and Supplement [sic] Notice of Appeal Against Writ of Error, Illegal Sentence, and Illegal Indictment or Information to Reinstate Appeal," in which he appears to assert this court erred by denying his petition for writ of mandamus. Ordinarily, an appeal is not filed in an original proceeding;[2] therefore, we construe relator's motion as a motion for rehearing. After considering relator's arguments, we deny relator's "Amended and Supplement [sic] Notice of Appeal Against Writ of Error, Illegal Sentence, and Illegal Indictment or Information to Reinstate Appeal."

It is so **ORDERED** on February 26, 2020.

---

[1] This proceeding arises out of Cause No. 2016CR4634, styled *The State of Texas v. Benjamin Escobedo*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.

[2] The Texas Rules of Appellate Procedure set forth the procedures under which relator may file a motion for leave to file a petition for writ of mandamus along with a petition for writ of mandamus, or a postconviction application for writ of habeas corpus with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 52; 72.1; 73.

PER CURIAM

ATTESTED TO:

Michael A. Cruz,
Clerk of Court